# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

THOMAS GAFFNEY WALKER,

           Petitioner,

v.

PATRICK COVELLO, Warden,

           Respondent.

Case No. 8:21-cv-00626-SSS-JPR

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Magistrate Judge's June 27, 2024 Report and Recommendation. The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. The Petition is denied with prejudice.
2. Judgment be entered consistent with this order.
3. The January 26, 2024 stay on the order granting a certificate of appealability on ground one of the Petition is lifted.

1     4.     The clerk serve this Order and the Judgment on all counsel or
2            parties of record.

3     **IT IS SO ORDERED.**

5   DATED: August 15, 2024

                            SUNSHINE S. SYKES
                            United States District Judge