JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

THOMAS GAFFNEY WALKER,

              Petitioner,

v.

PATRICK COVELLO, Warden,

              Respondent.

Case No. 8:21-cv-00626-SSS-JPR

**JUDGMENT**

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, **IT IS HEREBY ADJUDGED** that the petition is **DENIED** and this action is dismissed with prejudice.

DATED: August 15, 2024

_____
SUNSHINE S. SYKES
United States District Judge

-1-